UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL BEST,

                Plaintiff,

    -against-                                      25 **CIVIL** 2573 (LLS)

**JUDGMENT**

ROY REBEYEE,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 20, 2025, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3), without prejudice to Plaintiffs pursuing the relief he seeks here in the state courts.

**Dated:**  New York, New York

       June 24, 2025

                                                            **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                                     **BY:**

                                                             **Deputy Clerk**